# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Renee Bohlen,

    Plaintiff,

    v.                                              Case No. 1:18cv238

Life Insurance Co. of North
America, *et al.,*                        Judge Michael R. Barrett

    Defendants.

## ORDER

Pursuant to notification by the parties on July 26, 2016 that this matter is settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge